**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11 - _____ |
| v. | : | DATE FILED: _____ |
| WILLIAM BRIAN SUMMERS | : | VIOLATION: |
| | : | 21 U.S.C. § 846 (attempted possession of oxycodone - 1 count) |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 26, 2011, in Delaware County, in the Eastern District of Pennsylvania, defendant

**WILLIAM BRIAN SUMMERS**

knowingly and intentionally attempted to possess three Oxycontin 40mg tablets, each of which is a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844.

In violation of Title 21, United States Code, Section 846.

_____
**ZANE DAVID MEMEGER**
**United States Attorney**