IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| __No__ INTERPRETER NEEDED | : | ARRAIGNMENT |
| JUDGE ASSIGNED: J. Stengel | | |
| Date of Arrest: | : | DATE: November 3, 2011 |
| | | ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA: Christopher Diviny for Faithe Taylor |
| v. | : | CR. No: 11-585 |
| WILLIAM BRIAN SUMMERS | : | |
| | : | [X] CJA Appointed - Alan Tauber, Esq. for Jeff Lindy, Esq. |
| | | [] Retained |
| | | [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

    [] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

    [] The Defendant **waived their right to a preliminary hearing and** stipulated to [] probable cause. Defendant stipulated to [] pretrial detention, at this time.

    [] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

    [] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

    [] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

    [] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[x] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

                                      BY:

                                      *S/HENRY S. PERKIN*
                                      *HENRY S. PERKIN*
                                      *UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT   5  MINUTES**

*(Form Revised December, 2009)*