IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| WILLIAM BRIAN SUMMERS | : | 11-CR-585 |

## **O R D E R**

AND NOW, this 18th day of July, 2012, it is hereby ORDERED that Pretrial Service shall place defendant in more intensive treatment/counseling/therapy program to address his mental health issues.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE