IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-577 |
| WILLIAM WALLACE WILSON | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-574 |
| MICHAEL HOMER | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-576 |
| THOMAS ALFRED LEES | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-575 |
| JEFFREY LYNN FORBES | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-585 |
| WILLIAM SUMMERS | : | |

UNITED STATES OF AMERICA  :
                         :
            v.           : CRIMINAL NO. 11-579
                         :
GEORGE TORRES            :

## ORDER

AND NOW, this 11th day of September, 2012, upon consideration of Defendants' Motion for Pre-Judgment Probation Pursuant to 18 U.S.C. §3607(a), it is hereby ORDERED that Defendant's motion is DENIED without prejudice and will be renewed at time of sentencing.

BY THE COURT:

_____
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge